IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:20-CR- |
| | : | |
| v. | : | (JUDGE          ) |
| | : | |
| STEFAN KNOCHE, | : | |
| | : | (Electronically Filed) |
| Defendant. | : | |

## P R A E C I P E

TO:   PETER J. WELSH, CLERK OF COURTS

Please issue a summons against the above named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.  Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address:  Ann Ariano, 6121 Chatham Ct., Harrisburg, PA 17111

DAVID J. FREED
UNITED STATES ATTORNEY

/s/ *James T. Clancy*
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY
228 Walnut Street
Harrisburg, PA  17108
Phone: (717) 221-4482
Fax: (717) 221-4493
James.Clancy@usdoj.gov
PA 54339